UNITED STATES of America, Plaintiff—Appellee,

v.

Crystal Dawn WEMMERING, Defendant—Appellant.

No. 09–6464.

United States Court of Appeals, Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 4, 2010.

Deborrah Lynn Newton, Raleigh, North Carolina, for Appellant. Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal Dawn Wemmering appeals the district court's order denying her motions for recusal and for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wemmering*, No. 5:04–cr–00347–F–3 (E.D.N.C. Feb. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*